IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADP, INC.,

        Plaintiff,                    No. CIV S-07-1256 FCD JFM

    vs.

WILLITS MOTORS SUSANVILLE,
INC., and DON JAHN,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19).

        On March 14, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed March 14, 2008, are adopted in full;

1

2. Plaintiff's February 15, 2008 renewed motion for entry of default judgment is granted.

3. Plaintiff is awarded $154,274.00 in actual damages.

4. Plaintiff is awarded prejudgment interest in the amount of $23,909.62 from December 1, 2006 through March 13, 2008, and the sum of $50.98 per day until judgment is entered.

5. Plaintiff is awarded $7,365.00 in attorneys fees and $723.12 in costs.

6. Plaintiff is awarded postjudgment interest at the rate of 2.08% per annum.

DATED: April 2, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE