UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

ADP, INC.

                                                DEFAULT JUDGMENT

    v.

                                                Case No. CIV S-CIV S 07-1256 FCD JFM

WILLITS MOTORS SUSANVILLE, INC. ET AL.

_____

        **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

        **Willits Motors Susanville Inc.**

pursuant to court's order 4/3/08.

April 3, 2008

                                                  VICTORIA C. MINOR, CLERK

                                                  By: /s/NDDuong_____
                                                  NDDuong, Deputy Clerk