Robert H. Nunnally, Jr., SBN 134151
Wisener ✯ Nunnally ✯ Gold, L.L.P
625 W. Centerville Road, Suite 110
Garland, Texas 75041
T: 972.840.9080
F: 972.840.6575

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADP, INC.,

    Plaintiff,                      No. CIV S-07-1256 FCD JFM

vs.

WILLITS MOTORS SUSANVILLE,
INC., and DON JAHN,

    Defendants.               DEFAULT JUDGMENT
_____/

       On this date the Court considered Plaintiff ADP, Inc.'s renewed Motion for Entry of Default Judgment against Defendant Willits Motors Susanville, Inc.  After considering the Court's records, the pleadings on file, and the evidence attached, the Court GRANTS the motion for Default Judgment and renders judgment as follows:

       A.  Plaintiff ADP, Inc. shall have and recover against Defendant Willits Motors Susanville, Inc. the sum of:  $154,274.00, the amount of the actual damages; plus prejudgment interest of $23,909.62 from December 1, 2006 through March 13, 2008, and the sum of $50.98 per day thereafter until the date of this judgment; plus $7,365.00 in attorney's fees and $723.12 in costs; plus post judgment interest at the rate of 2.08% per annum until paid;

////

////

1   B.  This judgment is a full and final judgment entered in accordance with FRCP
2 § 54(b).
3 DATED: April 2, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE