**FILED**

OCT 3 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
            DEPUTY CLERK

Robert H. Nunnally, Jr., SBN 134151
Wisener ✶ Nunnally ✶ Gold, L.L.P
625 W. Centerville Road, Suite 110
Garland, Texas 75041
T: 972.840.9080
F: 972.840.6575

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ADP, Inc., <br>     Plaintiff, <br><br> vs. <br><br> Willits Motors Susanville, Inc. and Don Jahn, <br>     Defendants <br><br> Donald Jahn, <br>     Cross-Claimant, <br><br> vs. <br><br> Willits Motors Susanville, Inc., <br>     Cross-Defendant | Case No.: 2:07-CV-01256-FCD-JFM <br><br> **AGREED ORDER REGARDING APPLICATION FOR EXAMINATION OF WILLITS MOTORS SUSANVILLE, INC. AND VERLIN WILLITS TO APPEAR FOR JUDGMENT DEBTOR EXAMINATION PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 708.110 AND 708.150;** <br> Hon. John F. Moulds <br> Court Room: No. 26 <br> Action filed: June 26, 2007 <br> Hearing date: October 30, 2008 <br> Time: 11:00 a.m. |

AGREED ORDER - 1

1  Came before the Court the Application for a Debtor Examination of
2  Willits Motors Susanville, Inc. and Verlin Willits. The Court notes that the
3  agreement of counsel for Plaintiff and for Verlin Willits, and based upon
4  this agreement orders:
5  1. The examination of Verlin Willits will be held on December 18,
6  2008, at the hour of 3:00 p.m. at the following location: 425 University Suite
7  100 Sacramento, California 95825
8  2. The accountant for Willits Motors Susanville, Inc. was Rick
9  Ostapovich. Rick Ostapovich will be subject to examination on the
10  date of December 18, 2008 at the hour of 9:30 a.m. at the following
11  location:
12  425 University Suite 100, Sacramento CA 95825
13
14  3. The debtor examination will also serve as a debtor examination by
15  ADP Commercial Leasing, LLC and ADP, Inc. in that separate
16  lawsuit which bears the case number 2:07-CV-02439-JAM-DAD.
17  4. The examinees shall produce by November 4, 2008 the following
18  documents:
19  A. the tax returns for the corporation for the past four years;
20  B. any contract for sale of the dealership or the assets, any closing
21  statements relating to the sale; any management agreements for
22  the dealership and all DOCUMENTS which show the funds
23  received by Willits Motors Susanville, Inc., Verlin Willits or any
24  officer, director or shareholder of Willits Motors Susanville, Inc. in
25  connection with the sale of the dealership.
26  C. the accountant working papers for the past four years sufficient to
27  show the capital contributions or repayments and the funds
28  advanced to or received from the corporation since inception; and

D. the dealer statements from May 2003 to date;

At the time of examination, the examinees shall provide:

E. the ADP system trial balance, balance sheet and income statement for the years 2003 to date.

F. Copies of the bank account records for Willits Motors Susanville, Inc. for the time period January 1, 2006 to the present;

G. DOCUMENTS sufficient to show what assets are owned by Willits Motors Susanville, Inc

H. Documents sufficient to show what liabilities are owed by Willits Motors Susanville, Inc.

I. All documents which reflect payment of debts due to the floor financing lender for Willits Motors Susanville, Inc

J. All documents in the possession of Willits Motors Susanville, Inc. which reflect any payments for good will of the dealership and any payments relating to any asset sale of the dealership property or the land on which the dealership was located which was made to shareholders, officers and directors in the past four years.

K. All documents which mention or discuss wire transfers received or sent in connection with the sale of the dealership or its assets.

So ordered.

Signed this 30th day of October, 2008.

_____
United States Magistrate Judge

1  So Agreed:
2  Wisener*Nunnally*Gold, LLP
3  /s/ Robert H. Nunnally, Jr.
   Robert H. Nunnally, Jr.
4  SBN 134151
   Attorneys for ADP, Inc. and ADP Commercial Leasing, LLC
5
6
7  Johnson, Fort, Meissner, Joseph & Palley
8  /s/ Sandra L. Sava
   Sandra L. Sava
9  SBN 117415
   Attorney for Verlin Willits